IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WINNIE JACKSON, ET AL., | § |
| Plaintiffs, | § § § |
| v. | §   Civil Action No. 4:25-CV-00587-O |
| TARRANT COUNTY, TEXAS, ET AL., | § § § |
| Defendants. | § |

# ORDER

Before the Court are Plaintiffs' Motion for a Preliminary Injunction (ECF No. 11) and Plaintiffs' Motion to Expedite (ECF No. 14), filed June 27, 2025. In order to expeditiously resolve the issues presented, the Court **ORDERS** Plaintiffs to confer with Defendants and agree on a briefing schedule for the Motion. The parties are to file a joint notice outlining the agreed briefing schedule **no later than July 7, 2025**.

**SO ORDERED** on this **30th day** of **June, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE