IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WINNIE JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TARRANT COUNTY, TEXAS, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 4:25-cv-00587-O |

**JOINT NOTICE ON BRIEFING SCHEDULE**

Plaintiffs filed a Motion for a Preliminary Injunction [ECF 11] and a Motion to Expedite [ECF 14] consideration of same. The court has entered an order compelling the parties to agree to briefing deadlines [ECF 16].

Counsel have conferred by e-mail and by telephone on several occasions. In response to the Court's order, the Parties agree that, on or before August 4, 2025, Defendants will file (1) their responsive pleading to the First Amended Complaint [ECF 8], (2) their response to the Motion (and Brief/Appendix in Support) for Preliminary Injunction [ECF 11, 12 and 13] and (3) their response to Plaintiffs' Motion to Expedite [ECF 14].[1]

Dated: July 7, 2025

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn
TX Bar No. 24036507
BRAZIL & DUNN, LLP
1900 Pearl Street

---

[1] Plaintiffs only advise the Court that they have reached this agreement on the Defendants' responsive pleading deadline mindful of their obligation to work collegially with counsel on scheduling matters. Plaintiffs' assert that Defendants' response deadline, as agreed herein, still allows the court to set a hearing in early or mid-August on the preliminary injunction, as originally requested, if the court deems a hearing to be necessary. Should the Court schedule such a hearing, Plaintiffs will file any responses and replies in advance of the commencement of the hearing.

1

Austin, TX 78705
(512) 717-9822 Phone
(512) 515-9355 Facsimile
chad@brazilanddunn.com

Jesse Gaines
TX Bar No. 07570800
LAW OFFICE OF JESSE L. GAINES
Post Office Box 50093
Fort Worth, TX 76105
817-714-9988 Phone
gainesjesse@ymail.com

Mark P. Gaber*
DC Bar No. 988077
MARK P. GABER PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066 Phone
mark@markgaber.com

George (Tex) Quesada
TX Bar No. 16427750
Sean J. McCaffity
TX Bar No. 24013122
SOMMERMAN, MCCAFFITY, QUESADA
 & GEISLER, L.L.P .
3811 Turtle Creek Blvd, Suite 1400
Dallas, TX 75219
(214) 720-0270 Phone
(214) 720-0184 Facsimile
quesada@textrial.com
smccaffity@textrial.com

/s/ Joe Nixon
Joe Nixon
J. Christian Adams **
Kaylan Phillips **
Jewel Lightfoot **
Samual Swanson **
Public Interest Legal Foundation, Inc.
107 S. West Street
Suite 700
Alexandria, VA 22314
jnixon@publicinterestlegal.org
kphillips@publicinterestlegal.org

2

jlightfoot@publicinterestlegal.org
sswanson@publicinterestlegal.org
a@electionlawcenter.com

*Admitted *pro hac vice*
** Motion for Admission *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

On July 7, 2025, I served the foregoing notice on all counsel via ECF and/or e-mail.

*/s/ Chad W. Dunn*
Chad W. Dunn