IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WINNIE JACKSON, JARRETT "JAY" JACKSON, CELINA VASQUEZ, DUANE BRAZTON, NADIA BHULAR, AMJAD BHULAR, CHERYL MILLS-SMITH, and RICHARD CANADA,

*Plaintiffs*,

v.

Civil Case No. 4:25-cv-000587-O

TARRANT COUNTY, TEXAS; TARRANT COUNTY COMMISSIONERS COURT; TIM O'HARE, in his official capacity as Tarrant County Judge,

*Defendants*.

## DEFENDANTS' MOTION TO DISMISS

Defendants move to dismiss Plaintiffs' complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) because Plaintiffs' pleadings demonstrate that: (1) this Court lacks subject-matter jurisdiction; (2) Plaintiffs failed to state a claim upon which relief can be granted; and (3) Plaintiffs have failed to state facts supporting a constitutional basis for recovery.

Dated: August 1, 2025

Respectfully submitted,

For the Defendants

*/s/ Joseph M. Nixon*
Joseph M. Nixon
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
jnixon@publicinterestlegal.org

J. Christian Adams*
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
 adams@publicinterestlegal.org
**Motions for Pro Hac Admission forthcoming*

Kaylan Phillips*
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
 kphillips@publicinterestlegal.org
**Motions for Pro Hac Admission forthcoming*

Jewel M. Lightfoot
PUBLIC INTEREST LEGAL FOUNDATION
107 S. West Street
Alexandria, VA 22413
Tel: (703) 745-5870
 jlightfoot@publicinterestlegal.org

Stephen A. Lund
State Bar No. 24086920
Tarrant County District Attorney's Office
401 W. Belknap St., 9th Floor
Fort Worth, TX 76196
Tel: (817) 884-1400
Fax: (817) 884-1475
SALund@tarrantcountytx.gov

Katherine E. Owens
State Bar No. 24081683
Tarrant County District Attorney's Office
401 W. Belknap St., 9th Floor
Fort Worth, TX 76196
Tel: (817) 884-1400
Fax: (817) 884-1475
KEOwens@tarrantcountytx.gov

Omar J. Famada
State Bar No. 24144940
Tarrant County District Attorney's Office
401 W. Belknap St., 9th Floor
Fort Worth, TX 76196

        Tel: (817) 884-1400
        Fax: (817) 884-1475
        OJFamada@tarrantcountytx.gov

## CERTIFICATE OF SERVICE

I, Joseph M. Nixon, do hereby certify that service of a true and correct copy of this document has been forwarded to all counsel of record via electronic notification and sent to non-parties via regular and/or certified mail.

DATED: August 1, 2025        For the Defendants

        */s/ Joseph M. Nixon*
        Joseph M. Nixon
        PUBLIC INTEREST LEGAL FOUNDATION
        107 S. West Street
        Alexandria, VA 22413
        Tel: (703) 745-5870
        jnixon@publicinterestlegal.org