IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WINNIE JACKSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TARRANT COUNTY, TEXAS, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 4:25-cv-00587-O |

**PLAINTIFFS' NOTICE OF APPEAL**

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that Plaintiffs Winnie Jackson, Jarrett "Jay" Jackson, Celina Vasquez, Duane Braxton, Nadia Bhular, Amjad Bhular, Cheryl Mills-Smith, and Richard Canada hereby notice an appeal to the United States Court of Appeals for the Fifth Circuit from the September 12, 2025 Memorandum Opinion and Order, Docket No. 42, denying Plaintiffs' motion for a preliminary injunction.

Dated: September 15, 2025

*/s/ Mark P. Gaber*
Mark P. Gaber (admitted *pro hac vice*)
DC Bar No. 988077
MARK P. GABER PLLC
P.O. Box 34481
Washington, DC 20043
(715) 482-4066 Phone
mark@markgaber.com

George (Tex) Quesada
TX Bar No. 16427750
Sean J. McCaffity
TX Bar No. 24013122
SOMMERMAN, MCCAFFITY, QUESADA

Respectfully submitted,

*/s/ Chad W. Dunn*
Chad W. Dunn
TX Bar No. 24036507
BRAZIL & DUNN, LLP
1900 Pearl Street
Austin, TX 78705
(512) 717-9822 Phone
(512) 515-9355 Facsimile
chad@brazilanddunn.com

Jesse Gaines
TX Bar No. 07570800
LAW OFFICE OF JESSE L. GAINES
Post Office Box 50093

| | |
|---|---|
|  & GEISLER, L.L.P.<br>3811 Turtle Creek Blvd, Suite 1400<br>Dallas, TX 75219<br>(214) 720-0270 Phone<br>(214) 720-0184 Facsimile<br>quesada@textrial.com<br>smccaffity@textrial.com | Fort Worth, TX 76105<br>817-714-9988 Phone<br>gainesjesse@ymail.com |

## CERTIFICATE OF SERVICE

 On September 15, 2025, I served the foregoing on all counsel of record via the Court's CM/ECF system.

             */s/ Chad W. Dunn*
             Chad W. Dunn