**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WINNIE JACKSON, ET AL.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-CV-00587-O** |
| | § | |
| **TARRANT COUNTY, TEXAS, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

In light of Plaintiffs' Notice of Interlocutory Appeal, the parties are **ORDERED** to meet and confer on how this case should proceed while the appeal is pending. The parties should provide a joint status report no later than **September 24, 2025**, explaining how this case should proceed.

**SO ORDERED** on this **17th day** of **September, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**