IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WINNIE JACKSON, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00587-O |
| | § | |
| TARRANT COUNTY, TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER

On September 12, 2025 the Court issued an order (the "Order") dismissing Plaintiffs' First Amendment claims with prejudice. *See* Order, ECF No. 42. The Court hereby **MODIFIES** the Order and dismisses Plaintiffs' First Amendment claims **without prejudice**. *See Jackson v. Tarrant County*, No. 25-11055, 12 n.37 (5th Cir. Oct. 29, 2025).

**SO ORDERED** on this **31st day** of **October, 2025.**

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE