IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WINNIE JACKSON, ET AL., | § | |
| Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:25-CV-00587-O |
| TARRANT COUNTY, TEXAS, ET AL., | § § § | |
| Defendants. | § § | |

### ORDER

On October 29, 2025, the Court of Appeals for the Fifth Circuit affirmed this Court's denial of a preliminary injunction. ECF No. 54. Accordingly, the Court **DIRECTS** the parties to file a joint status report on or before **December 5, 2025**, detailing how the parties plan to proceed, the remaining issues before the Court, and proposing a timeline for resolution of those issues.

**SO ORDERED** on this **21st day** of **November, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

- 1 -